UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEREMY MEYERS,

    Plaintiff,

v.                                      Case No. 15-C-444

NICOLET RESTAURANT OF DE PERE,
LLC, a Wisconsin limited liability company,

    Defendant.

## ORDER STAYING CASE PENDING APPEAL

This Court denied Plaintiff's motion to certify class on April 1, 2016. On April 6, 2016, Defendant filed a Civil L. R. Rule 7(h) motion for leave to deposit money with the court and for an order directing Plaintiff's counsel to file a fee petition. Plaintiff's response to that motion was due on April 16, 2016, but Plaintiff has failed to respond. However, on April 15, 2016, Plaintiff filed a Petition for Permission to Appeal in the Seventh Circuit Court of Appeals pursuant to Fed. R. Civ. P. 23(f). Therefore, in the interest of judicial economy and pursuant to Fed. R. Civ. P. 23(f), this case is stayed pending the outcome of the appeal in this case.

**SO ORDERED** this __22nd__ day of April, 2016.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court