# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 5, 2016

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

WILLIAM J. BAUER, *Circuit Judge*
JOEL M. FLAUM, *Circuit Judge*
DANIEL A. MANION, *Circuit Judge*

| No. 16-8006 | IN RE: JEREMY MEYERS, Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:15-cv-00444-WCG  Eastern District of Wisconsin  District Judge William C. Griesbach ||

The following are before the court:

1. **PLAINTIFF-PETITIONER JEREMY MEYERS'S PETITION FOR LEAVE TO APPEAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 23(F)**, filed on April 15, 2016, by counsel for the petitioner.

2. **DEFENDANT-RESPONDENT NICOLET RESTAURANT OF DE PERE, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF-PETITIONER JEREMY MEYERS' PETITION FOR LEAVE TO APPEAL PURSUANT TO RULE 23(F) OF THE FEDERAL RULES OF CIVIL PROCEDURE**, filed on May 3, 2016, by counsel for the respondent.

**IT IS ORDERED** that the petition for leave to appeal is **GRANTED**. The petitioner shall pay the required appellate fees to the clerk of the district court within 14 days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket and briefing will be set**.**

form name: **c7_Order_3J** (form ID: **177**)