UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEREMY MEYERS,

        Plaintiff,

   v.                                                 Case No. 15-C-444

NICOLET RESTAURANT OF DE PERE,
LLC, a Wisconsin limited liability company,

        Defendant.

## ORDER FOR JUDGMENT OF DISMISSAL

The United States Court of Appeals for the Seventh Circuit having vacated the Court's decision in this matter and remanding the case with instructions to dismiss the case for lack of jurisdiction,

**IT IS HEREBY ORDERED** that this matter shall be and hereby is dismissed on its merits. The Clerk is directed to enter a judgment of dismissal with costs to the defendant.

Dated this __5th__ day of January, 2017.

                                                 s/ William C. Griesbach
                                               William C. Griesbach, Chief Judge
                                               United States District Court