# INVOICE

**Bay Reporting Service, Inc.**

PLEASE REMIT TO:
South Jefferson Street
Green Bay, WI 54301
Tel (920) 432-5662
800-424-2224
Fax (920) 432-4504

NASH, SPINLDER, GRIMSTAD & MCCRACKEN
1425 MEMORIAL DRIVE
MANITOWC WI 54220

INVOICE NO: 4377
INVOICE DATE: 12/28/2015
REPORTER: CARLA BURNS

Tax ID# 39-1715220

NASH, SPINDLER GRIMSTAD & McCRACKEN
DEC 30 2015
RECEIVED

ATTN: RYAN R. GRAFF

CASE NAME: MEYERS VS NICOLET RESTAURANT
CASE NO. 15-CV-444

| Date | Description | Amount |
|---|---|---|
| 12/22/2015 | DEPOSITION OF KEITH M. NOSKOWIAK | |
| | 49 PAGES COPY | 88.20 |
| | SHIPPING & HANDLING | 9.00 |
| | PHOTOCOPIES OF EXHIBITS | 17.25 |

Sub Total: 114.45
Paid: 0.00
Balance Due: 114.45

YOUR BUSINESS IS VERY MUCH APPRECIATED. THANK YOU
PLEASE INCLUDE THE INVOICE NUMBER ON YOUR REMITTANCE.
ACCOUNTS NOT PAID WITHIN 90 DAYS WILL BEAR INTEREST AT LEGAL RATE.

*COMPLETE COURT REPORTING SERVICES*
*Courtesy conference rooms, compressed transcripts, realtime, speakerphones*


EXHIBIT A