

**INVOICE**

Bay Reporting Service, Inc.

PLEASE REMIT TO:
414 South Jefferson Street
Green Bay, WI 54301
Tel (920) 432-5662
800-424-2224
Fax (920) 432-4504

NASH, SPINLDER, GRIMSTAD & MCCRACKEN
1425 MEMORIAL DRIVE
MANITOWC WI 54220

INVOICE NO: 4346
INVOICE DATE: 11/25/2015
REPORTER:

Tax ID# 39-1715220

ATTN: RYAN R. GRAFF

CASE NAME: MYERS VS NICOLET RESTAURANT
CASE N. 15-CV-444

| Date | Description | Amount |
|---|---|---|
| 11/20/2015 | DEPOSITION OF JEREMY MEYERS | |
| | 104 PAGES ORIGINAL AND COPY | 405.60 |
| | APPEARANCE FEE | 75.00 |
| | SUBTOTAL................$ 480.60 | |
| | SHIPPING & HANDLING | 8.75 |
| | PHOTOCOPIES OF EXHIBITS | 3.20 |
| | Sub Total: | 492.55 |
| | Paid: | 0.00 |
| | Balance Due: | 492.55 |

YOUR BUSINESS IS VERY MUCH APPRECIATED. THANK YOU
PLEASE INCLUDE THE INVOICE NUMBER ON YOUR REMITTANCE.
ACCOUNTS NOT PAID WITHIN 90 DAYS WILL BEAR INTEREST AT LEGAL RATE.

*COMPLETE
COURT REPORTING
SERVICES*
*Courtesy conference rooms, compressed transcripts, realtime, speakerphones*



EXHIBIT B